IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | No.   21-cr-427-02 |
| | : | |
| **ERIK COHEN** | : | |

**TAMMY GOFF COHEN,**
    **PETITIONER**

# ORDER

**AND NOW**, this **21st day of August 2024**, upon consideration of Petitioner Tammy Goff Cohen's Petition for an Ancillary Forfeiture Proceeding (*SEC v. Cammarata et. al.*, 21-cv-04845 (E.D. PA), ECF No. 365), the United States' Notice of Status of Discovery (ECF No. 365), the United States' Pre-Hearing Brief (ECF No. 381), Defendant Erik Cohen's Brief in Response (ECF No. 384), and the parties' representations at the hearing held on August 1, 2024 (ECF No. 387), it is hereby **ORDERED** that the United States shall file a proposed amended forfeiture order that comports with the relief provided to Tammy Goff Cohen in the accompanying memorandum, on or before **September 4, 2024**.

                                          **BY THE COURT:**
                                          **/s/ Chad F. Kenney**

                                          **CHAD F. KENNEY, JUDGE**

Cc:    Tammy Cohen
          Counsel